**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Lake County Press, Inc.

                              Plaintiff,

v.                                              Case No.: 1:23−cv−10066
                                                Honorable Lindsay C. Jenkins

Thomas Meitzler, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 2, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motions for summary judgment [110] [112] [121] are all denied. Defendants' motion for sanctions in the form of attorney's fees under FRCP 37(c) [108] is granted. The motion to refile certain documents [162] is also granted. See the attached order for further details. By March 16, 2026, Defendants are to submit a detailed itemization of their reasonable attorney's fees and costs to LCP; by no later than March 30, 2026, the parties are required to meet and confer to agree on the amount of payment. The matter is set for an in−person status hearing on March 31, 2026 at 9:15 am in Courtroom 2119 to set a firm trial date. Prior to the hearing the parties must confer and be prepared to jointly propose three mutually agreeable dates in July or August 2026 so that the court can set a trial date. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.