| | |
|---|---|
| **From:** | Evan Karnes II |
| **To:** | Proposed_Order_Jenkins; Samuel J.H. Weyers |
| **Cc:** | Janet Pioli; Everardo Martinez; Kim Raffensparger; Derek Showman; Ron Kowalczyk |
| **Subject:** | RE: Revised Jury Instructions (Draft for JI Conference) #2- |
| **Date:** | Wednesday, July 15, 2026 10:49:10 PM |
| **Importance:** | High |

<mark>**CAUTION - EXTERNAL:**</mark>

Judge Jenkins and all:
My / our apologies for a second email, however, I failed to merge 2 documents. In addition to the prior response to the Chambers email on updated proposed draft jury instructions, LCP proposes that for clarity and consistency of the instructions and the evidence, the court provide an instruction, effectively #14 (a), or perhaps merged into a sub-paragraph of 14- for lack of better denomination to the effect:

Corporations know what their employees know, at least, what employees know about subjects that are within the scope of their duties. If an officer of a corporation has knowledge or notice of a fact, that knowledge or notice is generally imputed to the corporation.

See *EEOC v. G-K-G, Inc.,* 39 F.3d 740, 748 (7th Cir. 1994); *William Meade Fletcher, Cyclopedia of the Law of Corporations § 811* (2010 ed.)  See *Restatement (Third) of Agency § 5.03* (T.D. 6, 2005). *Prime Eagle Grp. Ltd. v. Steel Dynamics, Inc.,* 614 F.3d 375, 378, 379 (7th Cir. 2010). *In re Pubs, Inc.,* 618 F.2d 432 (7th Cir. 1980), A.T. Kearney, Inc. v. INCA Int'l, Inc., 132 Ill. App. 3d 655, 662, 87 Ill. Dec. 798, 805, 477 N.E.2d 1326, 1333 (1985) *Fifth Third Mortg. Co. v. Ira Kaufman,* No. 12 C 4693, 2017 U.S. Dist. LEXIS 150525, 40 (N.D. Ill. July 25, 2017).

Regards,
Evan B. Karnes, II
Karnes Law Chartered

177 North State Street
Chicago, Illinois 60601
312-629-8900-phone
312-629-0109-facsimile
312-405-8900-cell
Evan@KarnesLaw.com

This message or the accompanying attachments contains information from the law firm of Karnes Law Chartered., which is proprietary, confidential or may contain privileged information. This message and any attachments are intended solely for the use of the individual(s) or entity(ies) to whom it is addressed or their agents. If you are not an addressee, intended recipient or an authorized agent, who is responsible for delivering this message to a designated addressee, you have received this email in error. Any further review, dissemination, distribution, copying, forwarding or use of the contents of this message or any attachments or the information contained therein, in any fashion, is strictly prohibited. **If you have received this message in error, please immediately call Karnes Law Chartered., collect, at the number above, to arrange the retrieval of any information, documents or messages, at no cost to you or to receive advice on the manner of appropriate disposal and deletion of the message, attachments or information. Thank you**.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.