# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Lake County Press,

Plaintiff(s),

v.

Thomas Meitzler and Graphic Arts Studio,

Defendant(s).

Case No.  23 CV 10066
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒  other: The Clerk shall enter judgment as follows: (1) On Plaintiff Lake County Press' Complaint, judgment is entered (a) for Defendants Meitzler and Graphic Arts Studio and against Lake County Press on Count 1 (FDTSA); (b) for Lake County Press and against Defendant Thomas Meitzler on Count 2 (breach of contract); (c) for Lake County Press and against Defendant Meitzler on Count 3 (breach of fiduciary duty); (d) for Graphic Arts Studio and against Lake County Press on Count 4 (tortious interference with contract); (2) On Defendant Meitzler's counterclaim, judgment is entered for Lake County Press and against Meitzler on all claims; (3) awarding relief to Lake County Press as follows: compensatory damages of $31,250 against Meitzler and punitive damages of $15,625 against Meitzler for a total damages award of $46,875 for Lake County Press.

This action was *(check one)*:

☒ tried by a jury with Judge _Lindsay C. Jenkins presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date:  7/16/2026          Thomas G. Bruton, Clerk of Court

Jackie Deanes, Deputy Clerk